No. 707. NEW YORK, CHICAGO & ST. LOUIS RAILROAD
CO. *v.* SKIBA, ADMINISTRATRIX. Appeal from the Court

of Appeals of Cuyahoga County, Ohio. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. *Edwin Knachel* and *Donald E. Ryan* for appellant. *George J. McMonagle* and *Richard E. McMonagle* for appellee.